FILED
CLERK, U.S. DISTRICT COURT
NOV 1 2012
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMA RASHAN DOWNEY, | No. EDCV 12-0181-VAP(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| DANIEL PARAMO, WARDEN, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: Nov. 1 2012

_/s/ Virginia A. Phillips_
VIRGINIA A. PHILLIPS
United States District Judge